**92–653.** Montpelier Pub. Library v. Bryan Pub. Library. Board of Tax Appeals, Nos. 86–F–1282 and 88–F–838. On motion for leave to supplement the record. Motion granted.

**92–677.** Fogle v. Cessna Aircraft. *Franklin County*, No. 90AP–977. On motion for leave to amend memorandum. Motion granted.
RESNICK, J., dissents.
H. BROWN, J., not participating.

**92–713.** State ex rel. Eaton Corp. v. Indus. Comm. *Franklin County*, No. 90AP–1364. On motions to reconsider denial of extension of time and for leave to file instanter. Motions granted. On motion to dismiss. Motion to dismiss overruled.

**92–851.** State v. Wilson. *Cuyahoga County*, No. 59983. On motion for leave to file instanter. Motion denied.
DOUGLAS and H. BROWN, JJ., dissent.
On motion for leave to exceed page limit. Motion denied.
H. BROWN, J., dissents.

**92–961.** King v. Complete Auto Transit, Inc. *Franklin County*, No. 91AP–355. On motion for leave to amend memorandum. Motion granted.

**92–1026.** State v. Smith. *Allen County*, No. 1–91–45. On motion to provide service. Motion denied.
DOUGLAS and WRIGHT, JJ., dissent.

**92–1028.** Gover v. State. *Hamilton County*, No. C–910314. On motion for leave to file *amicus* of Ohio Attorney General. Motion granted.
MOYER, C.J., dissents because the motion was filed out of rule.

**92–1058.** State v. Patterson. *Cuyahoga County*, No. 59902. On motion for leave to file delayed appeal. Motion granted.

**92–1065.** Mentor Lumber & Supply Co. v. Victor. *Lake County*, No. 91–L–083. On motion for leave to file instanter. Motion granted.

**92–1102.** Pleasant City v. Div. of Reclamation. *Guernsey County*, No. 91–CA–09. On motion for leave to file *amicus* of Ohio Mining Reclamation Association. Motion granted.

**92–1116.** Polikoff v. TRW, Inc. *Cuyahoga County*, No. 63515. On motion for leave to file *amicus* of Ohio Chamber of Commerce et al. Motion granted.

**92–1117.** DeFillippis v. TRW, Inc. *Cuyahoga County*, No. 63514. On motion for leave to file *amicus* of Ohio Chamber of Commerce et al. Motion granted.

**92–1118.** DeFillippis v. TRW, Inc. *Cuyahoga County*, No. 63513. On motion for leave to file *amicus* of Ohio Chamber of Commerce et al. Motion granted.

**92–1119.** Polikoff v. Adam. *Cuyahoga County*, No. 63516. On motion for leave to file *amicus* of Ohio Chamber of Commerce. Motion granted.

**92–1132.** State v. Dodson. *Franklin County*, No. 91AP–498. On motion for leave to file delayed appeal. Motion denied.
HOLMES, J., dissents.

**92–1136.** State v. Brown. *Cuyahoga County*, No. 52098. On motion for leave to file delayed appeal. Motion denied.

**92–1139.** State v. Svette. *Cuyahoga County*, No. 50118. On motion for leave to file delayed appeal. Motion granted.
HOLMES, J., dissents.